No. 17, Misc.   TENNESSEE EX REL. MELTON *v.* BOMAR, WARDEN.   Supreme Court of Tennessee.   Certiorari denied.  *Louis B. Fine* for petitioner.  *Allison B. Humphreys, Jr., Milton P. Rice, James M. Glasgow* and *Henry C. Foutch,* Assistant Attorneys General of Tennessee, for respondent.

No. 52, Misc.   MACKENNA *v.* TEXAS.   Court of Criminal Appeals of Texas.   Certiorari denied.

No. 70, Misc.   HOLLINGSWORTH *v.* IOWA.   Supreme Court of Iowa.   Certiorari denied.  *Herbert S. French* for petitioner.

No. 71, Misc.   BARRY *v.* TEXAS.   Court of Criminal Appeals of Texas.   Certiorari denied.  *W. J. Durham* for petitioner.

No. 143, Misc.   SNYDER *v.* PEPERSACK, WARDEN. Court of Appeals of Maryland.   Certiorari denied.

No. 160, Misc.   BAILEY *v.* ARKANSAS.   Supreme Court of Arkansas.   Certiorari denied.

No. 835, October Term, 1956.   ADAMS NEWARK THEATER CO. ET AL. *v.* CITY OF NEWARK ET AL., 354 U. S. 931. Rehearing denied.   MR. JUSTICE BRENNAN took no part in the consideration or decision of this application.